**The initial pretrial conference scheduled for March 27, 2024, is adjourned to May 1, 2024, at 4:00 P.M.  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to April 24, 2024.  So Ordered.**

**Dated: March 18, 2024**
**New York, New York**

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ELECTRONIC FILING**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Mykayla Fagnani v. GOAT USA INC*
        Civil Action No.: 1:24-cv-00877-LGS

Dear Judge Schofield,

This firm represents Defendant GOAT USA INC in the above-referenced action.

Pursuant to Local Rule 7.1(d) and 5.2(b), as well as Rule B(3) of Your Honor's Individual Rules and Procedures for Civil Cases, Defendant requests a 30-day adjournment of the parties' Initial Conference, and a corresponding extension of the parties' deadline to submit their Joint Letter and Case Management Plan/Proposed Scheduling Order (collectively, the "Joint Letter"). The adjournment and extension are being requested as the parties are engaging in ongoing settlement discussions and would like to have a meaningful opportunity to resolve this matter, before both parties incur significant legal fees in their prosecution and defense of this matter.

The parties' Joint Letter is presently due on March 20, 2024, and the Initial Conference before Your Honor is presently scheduled for March 27, 2024. Accordingly, we request an extension of time to file the Joint Letter until April 19, 2024, and an adjournment of the Initial Conference until April 26, 2024, or as soon thereafter as the Court may be available. No prior requests for such an adjournment or extension have been submitted. We have conferred with the plaintiff's counsel and they consent to the proposed adjournment and extension.

We thank the Court for its understanding and attention to this matter.

Respectfully submitted,

150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Madison, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY



**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

Alexandra Deplas

CC: all parties, via ECF

                                       IT IS SO ORDERED.

                                       _____

                                       LORNA G. SCHOFIELD, U.S.D.J